O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL DWAYNE SIMMONS, JR., <br><br> Petitioner, <br><br> v. <br><br> KATHLEEN ALLISON, <br><br> Respondent. | Case No. CV 21-00277-CAS (JEM) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections,[1] and the Court has reviewed de novo those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) Respondent's Motion to Dismiss is granted; and (2) Judgment shall be entered dismissing the action without prejudice.

DATED: May 25, 2021

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

---

[1] On May 6, 2021, Petitioner filed a document entitled "Request to Enter Default; Counterclaims," which the Court construes as his Objections to the Report and Recommendation.