JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL DWAYNE SIMMONS, JR., <br><br> Petitioner, <br><br> v. <br><br> KATHLEEN ALLISON, <br><br> Respondent. | Case No. CV 21-00277-CAS (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: May 25, 2021

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE